UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALAN CHRISTOPHE,
                 Plaintiff,

-v-

853 MACY PLACE OWNERS CORPORATION,
                 Defendant.

24-CV-2075 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff Alan Christophe filed a complaint on March 20, 2024. (ECF No. 1.) Defendant 853 Macy Place Owners Corporation was served on March 29, 2024, and a response to the complaint was due by April 19, 2024. (ECF No. 10.) Defendant has not entered an appearance, however, and no response to the complaint has been filed. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or Defendant's counsel regarding a response to the complaint.

    If Plaintiff fails by May 28, 2024 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: May 6, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge